

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Julian Montgomery
State Highway Engineer
Austin, Texas

Dear Sir:

Opinion No. O-1417
Re: Construction of Article 6675a-6a,
Revised Civil Statutes of Texas.

Your request for an opinion involving the construction of Article 6675a-6a, has been received by this office.

The request advises that the Rio Grande Valley Citrus Exchange is a cooperative marketing exchange incorporated under the laws of the State of Texas and that its members are associations of citrus growers, which associations are composed of farmers actually engaged in citrus production. You further advise that the Exchange owns and operates trucks which convey farm products of the members of the association to packing plants for processing.

The question to be answered is whether or not, under the above state of facts, the Rio Grande Valley Citrus Exchange is entitled to have its trucks classified and registered as farm trucks under said Article 6675a-6a.

The pertinent part of said Article reads as follows, to-wit:

"When a commercial motor vehicle sought to be registered and used by the owner thereof only in the transportation of his own poultry, dairy, live stock, and farm products to market, or to other points for sale or processing . . . the registration fee, . . . shall be fifty per cent of the registration fee prescribed for weight classification in Section 6 of the Act hereby amended . . . ."

While there have been no decisions construing this article a close reading thereof discloses that the intention of the Legislature was to grant a reduction in registration fees to owners of commercial vehicles which were used to transport the owners own farm products. The facts stated reveal that the Exchange owns the trucks in question but do not own the products sought to be conveyed and therefore cannot come within the purview of Article 6675a-6a. While it is true the Exchange is owned in a literal sense by the farmers themselves the same does not take the Exchange out of the rule that a corporation is in itself a legal entity. Therefore, the trucks cannot be construed as being owned by the farmers themselves.

You are, therefore, advised that under the facts stated in your request the Rio Grande Valley Citrus Exchange is not entitled to a classification and reduction of license fees as contemplated by Article 6675a-6a of the Revised Civil Statutes of Texas.

Trusting that the above fully answers your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Richard H. Cocke

Richard H. Cocke
Assistant

RHC:LM

APPROVED
OPINION
COMMITTEE
BY _____ CHAIRMAN

APPROVED SEP 15, 1939

ATTORNEY GENERAL OF TEXAS